AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

S. MARSHAL-DC AM 11:4
RECEIVED APR 20 '23

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00084 |
| SAMUEL ROACH | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 04/20/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     SAMUEL ROACH

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - UNLAWFUL POSSESSION OF A FIREARM BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR

Date:     04/20/2023

Moxila A. Upadhyaya
Digitally signed by Moxila A. Upadhyaya
Date: 2023.04.20 10:36:17 -04'00'

*Issuing officer's signature*

City and state:     WASHINGTON, DC

MOXILA A. UPADHYAYA, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 4/20/2023, and the person was arrested on *(date)* 4/20/2023
at *(city and state)*

Date:   4/21/2023

Trejo M (signature)
*Arresting officer's signature*

Trejo Marcelino
*Printed name and title*