# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

        v.        23-cr-135(DLF)

**SAMUEL ROACH**

### DEFENDANT'S SENTENCING MEMORANDUM[1]

Defendant, by and through undersigned counsel, does herby submit the following factors in regard to sentencing:

1. Defendant entered an early plea of guilty in this matter and readily accepted responsibility for his actions;

2. Defendant has documented mental health issues including ADHD, Bipolar Disorder and depression. His medications for these ailments have ceased during this period of incarceration. Defendant is prepared to address his mental health problems, including participation in counseling, upon his release form custody. He appreciates how these issues affect his behavior and is prepared to take all necessary steps to alleviate these problems.

---

[1] This Memorandum is being filed on October 16, 2023, due to undersigned counsel's involvement in the preparation of a Pretrial Statement in a complex trial proceeding that is scheduled to commence before the Honorable Royce Lamberth on October 25, 2023.

3. Defendant is the parent of a three year old child with whom he stays in contact and he will be actively engaged in the child's upbringing upon his release.

4. Defendant has matured during his custodial status in this case and respectfully requests a sentence below 21 months but still falls within guidelines.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C., 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon all counsel of record on this the 16th day of October, 2023.

_____/s/_____
Steven R. Kiersh